UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACOBO SIMKIN, individually and on behalf of those similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>PUFF BAR,<br><br>      Defendants. | Case No. 1:21-cv-07177-JPO<br><br>ECF Case |

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

  PLEASE TAKE NOTICE that upon the accompanying Declaration of Nick Minas, and Memorandum of Law, the undersigned counsel for Defendant Puff Bar ("Puff Bar") will move this Court at a date and time convenient to the Court for an Order pursuant to Federal Rules of Civil Procedure Rules 12(b)(1), 12(b)(2) and 12(b)(6) granting Puff Bar's motion to dismiss Plaintiff's Complaint for lack of subject-matter jurisdiction, personal jurisdiction and failure to plead plausible claims, and for such other and further relief as the Court deems just and proper.

Dated: November 1, 2021
   New York, New York

                  s/ Brian K. Steinwascher
                 Brian K. Steinwascher
                 Eric N. Heyer, *pro hac vice pending*
                 Thompson Hine LLP
                 335 Madison Avenue, 12th Floor
                 New York, New York 10017-4611
                 Phone: 212-344-5680
                 Fax: 212-344-6101
                 Brian.Steinwascher@ThompsonHine.com
                 Eric.Heyer@ThompsonHine.com

                 *Attorneys for Defendant Puff Bar*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 1, 2021, I caused to be served on counsel of record, electronically via the Court's electronic filing system, a true and correct copy of a Notice of Motion to Dismiss Plaintiff's Amended Complaint.

                                                  */s/Brian K. Steinwascher*
                                                  Brian K. Steinwascher